MARFRAN REALTY CORP. and Others, Respondents, v. MEYER L. AGIN, Appellant, and Others, Defendants.— Order denying motion to dismiss the amended complaint on various grounds, and for other relief, reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the ground that the court has no jurisdiction of the subject-matter of the action. The only allegations of the complaint which are intended to be the subject of a cause of action are those which charge that appellant is acting as vice-president and secretary, although he has resigned. Equity has no jurisdiction to try the question of the right of appellant to act as vice-president and secretary. (Civ. Prac. Act, § 1208; Moir v. Provident Savings Life Assurance Society, 127 App. Div. 591.) Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

SAMUEL MARGOLIS, Respondent, v. BENJAMIN KOBRE, Appellant, and Others, Defendants.— In this foreclosure action, judgment was awarded the plaintiff dismissing the counterclaim of the appellant and directing foreclosure and sale as demanded in the complaint. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

ANNA B. MEECH, as Substituted Committee of SIGMUND R. BARTHOLD, an Incompetent, Appellant, v. THOMAS E. MONE, JR., as Executor of the Last Will and Testament of ANNA A. BARTHOLD, Deceased, and LILLIAN J. DAVIS, Respondents, and WILLIAMSBURGH SAVINGS BANK, Defendant.— Action to have an alleged savings bank account trust declared void as against the plaintiff's incompetent, and to impress a trust in favor of the incompetent upon certain other savings bank accounts in the name of the testatrix at the time of her death. Plaintiff appeals from so much of the judgment as adjudges that the plaintiff's incompetent has no beneficial interest or ownership in the savings bank accounts carried in the name of the deceased Anna A. Barthold, and dismisses plaintiff's complaint. Judgment, in so far as appealed from, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

PEPSI-COLA COMPANY, Appellant, v. THE COCA-COLA COMPANY, Respondent. (Appeal No. 1.) — Order, dated September 17, 1940, denying in part the plaintiff's motion to modify the defendant's demand for a bill of particulars as to the complaint, in so far as an appeal is taken therefrom, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.